UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

ANDRE LEE COLEMAN,

        Plaintiff,

v.

DENISE L. GERTH, *et al.*,

        Defendants.
_____/

Case No. 2:05-CV-158

Hon. Richard Alan Enslen

**ORDER**

      This is a civil rights/prisoner action as to which the assigned United States Magistrate Judge issued a Report and Recommendation on August 18, 2006 and an Order Denying Enlargement of Time on September 6, 2006. The September 6, 2006 denial relates to an extension motion sent by Plaintiff Andre Lee Coleman and filed within the electronic docket by the Clerk on September 5, 2006.

      On September 8, 2006, the Clerk docketed a letter motion from Plaintiff requesting an extension from the undersigned. The letter motion is dated August 24, 2006 and speculated that the Magistrate Judge would deny the earlier extension motion. Since the letter motion is based on speculation and because such rulings are as a matter of practice first assigned to the Magistrate Judge, it will be denied, though without prejudice to a later reasoned motion.

      **THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Andre Lee Coleman's letter motion (Dkt. No. 49) is **DENIED without prejudice**.

Dated in Kalamazoo, MI:
September 22, 2006

      /s/Richard Alan Enslen
      Richard Alan Enslen
      Senior United States District Judge