UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

ANDRE LEE COLEMAN,

        Plaintiff,                               Case No. 2:05-cv-158

v.                                                     Hon. Richard Alan Enslen

DENISE L. GERTH, et al.,

        Defendants.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 18, 2006, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Dismissal and/or Summary Judgment (Dkt. #23) is **GRANTED** and plaintiff's complaint is **DISMISSED** for the reason(s) stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's Motions to Produce and for Extension of Time to Serve Summons (Dkt. ## 35 and 37) are **DENIED AS MOOT** for the reason(s) stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                           /s/Richard Alan Enslen
October 3, 2006                                     Richard Alan Enslen
                                                       Senior United States District Judge